**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

CHURCHILL COMMUNITY
DEVELOPMENT, L.P. AND PARADIGM
CONSULTANTS, LLC,

          Petitioners

            v.

CHURCHILL CROSSINGS, LLC AND
CHURCHILL CROSSINGS PARTNERS,
L.P.,

          Respondents

: No. 173 WAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.